Prob 22 (Rev. 01/2024)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| **DOCKET NO. (Transferring Court)** | 0864 0:17CR00318-003(SRN) |
| **DOCKET NO. (Receiving Court)** | 2:24-cr-00178-CDS-EJY |

| NAME AND LOCATION OF | DISTRICT | DIVISION |
|---|---|---|
| Donte Carnell Robinson<br>Nevada | MINNESOTA | |
| | **NAME OF SENTENCING JUDGE**<br>Honorable Susan Richard Nelson | |
| | **DATES OF SUPERVISED RELEASE** — FROM 2/13/2023 — TO 2/12/2027 | |

**OFFENSE**

Conspiracy to Distribute 500 Grams or More of Cocaine and 28 Grams or More of Cocaine Base 21 U.S.C. §§ 841(b)(1)(B) and 846

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment opportunities, violation of supervision)

Mr. Robinson is currently residing in the District of Nevada where he has significant ties including his children. It is recommended that jurisdiction be transferred to the District of Nevada.

## PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF <u>MINNESOTA</u>

IT IS HEREBY ORDERED pursuant to 18 U.S.C. § 3605 the jurisdiction of the defendant named above be transferred with the records of this Court to the United States District Court for the <u>District Of Nevada</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision may be changed by the District Court to which this transfer is made without further inquiry of this Court.

June 4, 2024
Date

*Susan Richard Nelson*
Susan Richard Nelson, Sr. United States District Judge

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction of the above defendant be accepted and assumed by this Court from and after the entry of this order.

August 13, 2024
Effective Date

Cristina D. Silva, United States District Judge